OPINION — AG — ** DUAL REGISTRAR ** QUESTION(1): CAN THE COUNTY ELECTION REGISTRAR APPOINT SEVERAL CITY REGISTRAR (MUNICIPAL) UNDER STATUTE TO CARRY OUT REGISTRATION AT SEVERAL POINT SIMULTANEOUSLY ? — NEGATIVE, QUESTION(2): MAY THE SINGLE CITY OR TOWN REGISTRAR EMPLOY AGENTS TO CARRY OUT HIS DUTIES SIMULTANEOUSLY AT DIFFERENT POINTS ? — NEGATIVE (ASSIST IN REGISTERING ELECTORS) CITE: 26 O.S. 77 [26-77], 26 O.S. 96.1 [26-96.1] (FRED HANSEN)